UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LAMONT PRESTON, <br> Plaintiff, <br> v. <br> ALMA POSADA, <br> Defendant. | Case No. 20-cv-06427-SI <br><br> **ORDER OF DISMISSAL** |

Nathan Lamont Preston, a prisoner at the R. J. Donovan Correctional Facility in San Diego, filed this *pro se* civil rights action under 42 U.S.C. § 1983. The complaint was filed on September 14, 2020, and complained about an event that had occurred almost twelve years earlier, in October 2008.

Upon initial screening pursuant to 28 U.S.C. § 1915A, the court determined that the complaint appeared to be barred by the statute of limitations and that certain defendants had Eleventh Amendment immunity. In an order to show cause issued January 15, 2021, the court discussed the apparent statute of limitations problem and ordered Preston to show cause no later than March 5, 2021 why the action filed in September 2020 alleging an equal protection violation that happened in October 2008 should not be dismissed as barred by the statute of limitations. Docket No. 11. The court warned Preston that the failure to respond to the order to show cause would result in the dismissal of this action. *Id.* at 4.

Preston did not respond to the order to show cause, and the deadline by which to do so has passed.

Accordingly, for the reasons stated above and in the order to show cause, this action is DISMISSED because it is was not filed before the expiration of the statute of limitations deadline. The dismissal of this action is without prejudice to Preston pursuing a claim for unemployment benefits with the appropriate state agency and state court.

The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 30, 2021

_____
SUSAN ILLSTON
United States District Judge