UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LAMONT PRESTON,<br><br>        Plaintiff,<br><br>   v.<br><br>ALMA POSADA,<br><br>        Defendant. | Case No. 20-cv-06427-SI<br><br>**JUDGMENT** |

This action is dismissed because it is was not filed before the expiration of the statute of limitations deadline.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 30, 2021

_____
SUSAN ILLSTON
United States District Judge