UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LAMONT PRESTON, | Case No. 20-cv-06427-SI (pr) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALMA POSADA, | |
| Defendant. | |

This action is dismissed because it was not filed before the expiration of the statute of limitations deadline.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 12, 2022

_____
SUSAN ILLSTON
United States District Judge